UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02857-MEMF-JCx | Date | May 22, 2025 |
| Title | BackGrid USA Inc. v. Taylor Maglin et al | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Joanna Ardalan | John M. Begakis |
| Evan Littman | |

**Proceedings: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [21]**

The Court issues an oral tentative ruling. The Court and counsel confer.

The Court inadvertently did not copy Plaintiff's counsel on its response to Defendant's ex parte email communication prior to the hearing, but having been advised of this in the hearing, the Court has now ensured that all counsel have the entirety of the communications.

For the reasons stated on the record, the parties are ordered to meet and confer and file, no later than May 30, 2025, either a (1) stipulation to set aside the default or (2) a proposed briefing schedule for Defendant to oppose the pending Motion for Default Judgment (ECF No. 21) and for Plaintiff to file a reply.

**IT IS SO ORDERED.**